[No. 11462-0-I.   Division One.   December 19, 1984.]

TAYLOR–EDWARDS WAREHOUSE & TRANSFER COMPANY, INC., ET AL, *Respondents,* v. INTERNATIONAL BROTHER-HOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSE-MEN & HELPERS, LOCAL UNION NO. 174, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 80-2-02206-7, Frank H. Roberts, Jr., J., entered May 5, 1982. *Affirmed* by unpublished opinion per

Coleman, J., concurred in by Corbett, A.C.J., and Williams, J.